IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**AVERY DENNISON CORPORATION**     **PLAINTIFF**

v.     **No. 4:11-mc-41-DPM**

**3M INNOVATIVE PROPERTIES
COMPANY and 3M COMPANY**     **DEFENDANTS**

## ORDER

The parties have resolved their differences. *Document No. 47.* Avery's bond, *Document No. 44-1,* is released; Avery and its surety, Liberty Mutual, are discharged from any further obligation on the bond. This miscellaneous matter is dismissed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 February 2013