IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AVERY DENNISON CORPORATION                                PLAINTIFF

v.                        No. 4:11-mc-41-DPM

3M INNOVATIVE PROPERTIES
COMPANY and 3M COMPANY                                    DEFENDANTS

## JUDGMENT

This matter is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 February 2013